AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARISOL BONILLA,

Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-60

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated October 2, 2024, the Court grants Defendant's Motion to Remand. The Court reverses the decision of the Commissioner and remands this case to the Commissioner to provide Plaintiff with the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

Approved by: _____
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

October 2, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020